IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN BELL,

    Plaintiff,      No. CIV S-05-1572 FCD KJM P

  vs.

DR. TRAQUINA, et al.,

    Defendants.      <u>ORDER</u>

_____/

         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. As provided by Federal Rule of Civil Procedure, plaintiff's request shall be honored.

         Plaintiff has also asked that the court revoke its order of December 28, 2005, directing the CDC to collect the filing fee from plaintiff's prison trust account. This court lacks the authority to do so; once plaintiff filed his action, he was obligated to pay the entire filing fee whatever the ultimate disposition of the case. See <u>Jackson v. N.P. Dodge Realty Co</u>., 173 F.Supp.2d 951, 955 (D. Neb. 2001).

         Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: April 28, 2006.

                                   UNITED STATES MAGISTRATE JUDGE

2/mp/bell1572.59